IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
MINNEAPOLIS-4TH DIVISION

| | | |
|---|---|---|
| CHARLES W. JOHNSON<br><br>Plaintiff,<br>vs.<br><br>Northern States Power Company<br>and<br>Energy Masters International<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 00-2458 JMR/FLN |

**ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE AND OBTAIN COUNSEL**

This matter was recently transferred to this Court from the District of Kansas. Plaintiff has requested an extension of time until December 1, 2000 in which to file his response to defendants' motion for summary judgment and to arrange for new counsel and the admission pro hac vice of current counsel. For good cause shown, plaintiff is granted the requested extension of time.

Dated at Minneapolis, MN, this 22nd day of November, 2000.

[signature]
U.S. Magistrate or District Judge

NOV 28 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK