UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2458 (JMR/FLN)

Charles W. Johnson )
)
v. ) ORDER
)
Northern States Power Co. )
and Energy Masters )
International )

Plaintiff seeks a continuance of a hearing set for March 7, 2001. As the hearing date has already been continued to April 13, 2001, plaintiff's motion is moot. Accordingly, IT IS ORDERED that

Plaintiff's motion for a continuance [Docket No. 42] is denied as moot.

Dated: March 26th, 2001

JAMES M. ROSENBAUM
United States District Judge

MAR 26 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK