UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2458(JMR/FLN)

Charles W. Johnson )
)
v. ) ORDER
)
Northern States Power Co. )
and Energy Masters Int'l. )

Defendants seek summary judgment on plaintiff's claims of breach of contract, fraud, and wrongful termination. The Court heard oral argument on April 13, 2001. Based on the files, records, and proceedings herein, IT IS ORDERED that:

Defendants' motion for summary judgment is denied.

Dated: April 15, 2001

JAMES M. ROSENBAUM
United States District Judge

FILED APR 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______